IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

IVAN VON STAICH,

      Plaintiff,                     No. CIV S-04-2167 DFL DAD P

      vs.

ARNOLD SCHWARZENEGGER, et al.,

      Defendants.          ORDER

      Plaintiff, a state prisoner proceeding pro se, has requested that this action be dismissed without prejudice. Pursuant to Fed. R. Civ. P. 41(a), plaintiff's request will be granted. IT IS HEREBY ORDERED that:

      1. Plaintiff's November 13, 2006 motion for dismissal is granted; and

      2. This action is dismissed without prejudice.

DATED: November 18, 2006.

                                           /s/ Dale A. Drozd
                                           DALE A. DROZD
                                           UNITED STATES MAGISTRATE JUDGE

DAD:13
stai2167.59